UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VLADIMIR NAUMENKO, | ) No. 2:13-cv-00349-JAK-AJW |
| | ) |
| Plaintiff, | ) **JUDGMENT**   **JS-6** |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the Decision of the Commissioner of Social Security is affirmed and judgment entered in favor of Defendant.

Dated: February 5, 2014

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE